**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| (1) UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>(2) 0.81 ACRES OF LAND, MORE OR LESS, SITUTATED IN THE CITY OF GLENPOOL, OKLAHOMA;<br>(3) TRIDENT INVESTMENTS, LLC, AN OKLAHOMA LIMITED LIABILITY COMPANY;<br>(4) TULSA COUNTY, OKLAHOMA;<br>(5) CITY OF GLENPOOL, OKLAHOMA;<br>(6) FNB COWETA, AN OKLAHOMA CHARTERED BANK,<br><br>Defendants. | ) | Case No. 26-cv-00661-JFJ |

**COMPLAINT IN CONDEMNATION WITH DECLARATION OF TAKING**
**(40 U.S.C. § 3114)**

1. This is a civil action brought by the United States of America at the request of the United States Postal Service for the taking of land in Glenpool, Oklahoma, under its power of eminent domain and through a Declaration of Taking, and for the determination of an award of just compensation to the owners and parties in interest.

2. The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1358. The Court has venue under 28 U.S.C. § 1403.

3. The authority for the acquisition is set forth in Schedule A of the Declaration of Taking, which is attached hereto and made a part hereof.

4. The public purpose for which said property is taken is set forth in Schedule B of the Declaration of Taking, which is attached hereto and made a part hereof.

5. A legal description of the land taken is set forth in Schedule C of the Declaration of Taking, which is attached hereto and made a part hereof.

6. A survey showing the land taken is set forth in Schedule D of the Declaration of Taking, which is attached hereto and made a part hereof.

7. The estate taken in the property is described in Schedule E of the Declaration of Taking, which is attached hereto and made a part hereof.

8. The estimate of just compensation is stated in Schedule F of the Declaration of Taking, which is attached hereto and made a part hereof.

9. The names and addresses of known parties that may have or claim an interest in said property are set forth in Schedule G of the Declaration of Taking, which is attached hereto and made a part hereof.

WHEREFORE, Plaintiff United States of America requests judgment that the property and interests be condemned, that just compensation for the taking be ascertained and awarded, and that the Court award such other relief as may be lawful and proper.

DATED: October 15, 2026

Respectfully submitted,

Adam R.F. Gustafson
Principal Deputy Assistant Attorney General

/s/ *Seth A. Mohney*
Seth A. Mohney
Giovanna Monti
Trial Attorneys, U.S. Department of Justice
Energy and Natural Resources Div.
P.O. Box 7611 – Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 353-5371
Fax: (202) 353-7763

seth.mohney@usdoj.gov
giovanna.monti@usdoj.gov

*Attorneys for Plaintiff United States*