**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>0.81 ACRES OF LAND, MORE OR LESS, SITUTATED IN THE CITY OF GLENPOOL, OKLAHOMA; TRIDENT INVESTMENTS, LLC, AN OKLAHOMA LIMITED LIABILITY COMPANY; TULSA COUNTY, OKLAHOMA; CITY OF GLENPOOL, OKLAHOMA; FNB COWETA, AN OKLAHOMA CHARTERED BANK,<br><br>Defendants. | Case No. 26-cv-00661-JFJ<br><br>DECLARATION OF TAKING |

TO THE HONORABLE UNITED STATES DISTRICT COURT:

I, Terrence P. Brennen, Facilities Leasing Contractor Officer, United States Postal Service, hereby declare:

1. The authority for the acquisition of the interest in property taken is set forth in Schedule A attached hereto and made a part hereof.

2. The public purpose for which the property is taken is set forth in Schedule B attached hereto and made a part hereof.

3. The legal description of the property taken is set forth in Schedule C attached hereto and made a part hereof.

4. A survey showing the land taken is set forth in Schedule D attached hereto and made a part hereof.

5. The interest taken in the property is set forth in Schedule E attached hereto and made a part hereof.

6. The amount estimated to be just compensation for the taking, which sum is to be deposited with the registry of the Court for the use and benefit of the persons entitled to it, is set forth in Schedule F attached hereto and made a part hereof. I am of the opinion that the ultimate award for the taking will be within the limit prescribed by law on the price to be paid for it.

7. The parties who have or may claim an interest in the property taken are set forth in Schedule G attached hereto and made a part hereof.

I, Terrence P. Brennan, Facilities Leasing Contractor Officer, United States Postal Service, state and declare that the property and all rights acquired are taken in the name of and for the use of the United States Postal Service, an independent establishment of the executive branch of the Government of the United States, under the authority and for the public purpose stated herein.

IN WITNESS WHEREOF, the United States of America, acting by and through the United States Postal Service, an independent establishment of the executive branch of the Government of the United States, thereunto authorized, has caused this Declaration of Taking to be signed this 25th day of September, 2026.

UNITED STATES OF AMERICA
ACTING BY AND THROUGH
THE UNITED STATES POSTAL SERVICE

Terrence P. Brennan
Digitally signed by Terrence P. Brennan
Date: 2026.09.25 15:10:51 -06'00'

Terrence P. Brennan
Facilities Leasing Contractor Officer
United States Postal Service

SCHEDULE A

**AUTHORITY**

This taking is filed pursuant to 40 U.S.C. §§ 3113-14 and 39 U.S.C. § 401(9). The latter statutory provision authorizes the United States Postal Service (the "Postal Service") "to exercise, in the name of the United States, the right of eminent domain for the furtherance of its official purposes."

39 U.S.C § 2003 establishes a revolving fund in the Treasury of the United States "available to the Postal Service without fiscal-year limitation to carry out the purposes, functions, and powers authorized by this title." § 2003(a). This fund is available for "payment of [ ] all expenses incurred by the Postal Service in carrying out its functions as provided by law." § 2003(e)(1). Funding for just compensation for this taking was approved in accordance with Postal Service policies.

39 U.S.C. § 202(a)(1) provides that "[t]he exercise of the power of the Postal Service shall be directed by a Board of Governors" who, per 39 U.S.C. § 205(a), "shall direct and control [its] expenditures." The Board of Governors authorized the Postmaster General to "exercise the powers of the Postal Service to the full extent that such exercise is lawful" and "empowered [the Postmaster General to further] authorize any employee or agent of the Service to exercise any function vested in the Postal Service, in the postmaster general, or in any other Postal Service employee." 39 C.F.R. § 222.1(a). The authority granted to the Postmaster General in 39 C.F.R § 222.1(a) was delegated to the Senior Vice Present of Facilities and Infrastructure by letter dated April 23, 2026, which letter delegated "the authority to approve and execute declarations of taking and other documents necessary and appropriate for the exercise of eminent domain in accordance with 39 U.S.C. § 401(9)" and stated that "[s]pecific authorities as noted herein,

including the stated limitations, may be redelegated by you in writing." The Postal Service's Senior Vice President of Facilities and Infrastructure redelegated the aforementioned authority to Terrence P. Brennan, Facilities Leasing Contracting Officer, by letter dated May 1, 2026.

At the time this taking was approved by the Postmaster General, the Postal Service's Handbook RE-1 (U.S. Postal Service Facilities Guide to Real Property Acquisitions and Related Services) § 332.3 required the written approval of the Postmaster General and the Vice President, Facilities before using condemnation.[1] This taking was approved by the Postal Service's Vice President, Facilities and the Postmaster General on September 5, 2025.

[1] In January 2026, Handbook RE-1 was replaced with a policy document of the same name. Section 6.6.2 of the revised U.S. Postal Service Facilities Guide to Real Property Acquisitions and Related Services requires the written approval of the Postmaster General before using condemnation.

SCHEDULE B

**PUBLIC PURPOSE**

The property is being taken for use as the Postal Service's Main Post Office located in Glenpool, Oklahoma and other uses incidental thereto, and will be used in furtherance of the Postal Service's official purposes as described in 39 U.S.C. §§ 403-04.

SCHEDULE C

**<u>LEGAL DESCRIPTION</u>**

That certain property located in the City of Glenpool, County of Tulsa, and State of Oklahoma, more specifically described as:

The South 5 feet of Lot Three (3), all of Lots Four (4), Five (5), Six (6), Seven (7), Eight (8), Nine (9), Ten (10), Eleven (11), Twelve (12), and the South 55 feet of Lots Thirteen (13) and Fourteen (14), all in Block Four (4), STEWART'S PLAT OF GLENPOOL, Tulsa County, State of Oklahoma, according to the recorded plat thereof

Commonly known as: 14169 S. Broadway St., Glenpool, OK 74033

Tax Parcel ID#: 85375-72-14-01740

SCHEDULE D

## SURVEY

The blue line in the survey below depicts the boundary of the subject property.



SCHEDULE E

## **INTEREST TAKEN**

The interest taken in the property described in Schedule C is fee simple absolute, subject to existing utility easements.

SCHEDULE F

**ESTIMATE OF JUST COMPENSATION**

The sum estimated as total just compensation for the property being taken is $560,000.

SCHEDULE G

**INTERESTED PARTIES**

Names and addresses of parties who have or may claim an interest in the parcel are as follows:

| **Interested Party** | **Reference (if known)**<br>(all references are to the Official Records of the City of Glenpool or County of Tulsa) |
|---|---|
| Trident Investments, LLC, *an Oklahoma corporation*<br>Attn: Galen Martens<br>1114 E 17th Pl<br>Tulsa, OK 74120 | Warranty Deed recorded October 18, 2017, as Document No. 2017096441 |
| Tulsa County, Oklahoma<br>Attn: Treasurer<br>218 W. 6th St., 8th Floor,<br>Tulsa OK 74119 | Taxing Authority |
| City of Glenpool<br>Attn: Finance Department<br>12205 S Yukon Avenue<br>Glenpool, OK 74033 | Taxing Authority |
| FNB Coweta, *an Oklahoma bank*<br>106 S. Broadway<br>Coweta, OK 74429 | Mortgage dated December 15, 2020, filed December 16, 2020, as Doc. No. 2020124108<br><br>Assignment of Leases and Rents dated December 15, 2020, filed December 16, 2020, as Doc. No. 2020124109 |